42

GAMM CONSTRUCTION COMPANY, Plaintiff and Counterdefendant-Appellant, *v.* GILBERT R. BERKSON *et al.,* Defendants and Counterplaintiffs-Appellees.

(No. 56092; )

First District (1st Division)—April 2, 1973.

Opinion by Mr. JUSTICE EGAN.

Stewart H. Diamond, of Chicago, for appellant.

L. Louis Karton, of Chicago, for appellees.

THE CITY OF CHICAGO, Counterdefendant-Appellee, *v.* CHARLES LOITZ *et al.,* Counterplaintiffs-Appellants.

(No. 56462; )

First District (1st Division)—April 2, 1973.

